UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| CARL LEE LEDFORD | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) CASE NUMBER: 1:18 CV 364 |
| ANDREW D. HAHN, et al | ) |
| Defendant. | ) |

## **OPINION AND ORDER**

Plaintiff, Carl Lee Ledford ("Ledford"), proceeding *pro se*, has multiple cases pending in this Court and assigned to the undersigned. (*See also, Ledford v. Lamartz,* 1:18 CV 363, *Ledford v. Escutia,* 1:18 CV 365, and *Ledford v. Williams, et al,* 1:18 CV 337). In the present case and two others, Ledford has failed to provide the Court with a valid mailing address and mail from the Court in all these cases has been "returned undeliverable." On April 25, 2019, after a show cause hearing held in front of Magistrate Judge Collins in case 1:18 CV 337, Ledford provided the Court with an updated mailing address. However, that mailing address was not provided to the Clerk in order to update his other cases thereby causing mail to continue be returned as undeliverable in three of his cases before the undersigned. Accordingly, the CLERK is DIRECTED to update the docket in this case and in 1:18 CV 363 and 1:18 CV 365 to reflect the following address: 3324 Sequoyah Pass, Fort Wayne, IN 46816.

Additionally, in this case, the Defendant has filed a Motion for Summary Judgment [DE 136] on May 2, 2019. That Motion, the Brief in Support, and the *pro se* notice of summary judgment required by this Court's local rules were all returned undeliverable. [DE 141]. The Court

shall provide Ledford with 30 days from the date of this Order to file his Response to the Motion for Summary Judgment. The CLERK is further DIRECTED to resend the following filings to Ledford at his updated mailing address:

    In Cause 1:18 CV 363, Docket Entry 133

    In Cause 1:18 CV 364, Docket Entries 135 through and including 138

    In Cause 1:18 CV 365, Docket Entry 132

Mr. Ledford is reminded of his obligation to keep the Court informed of his current mailing address during the pendency of each of his cases. Any changes of address must be reported, in writing, to the clerk IN EACH OF HIS CASES as soon as practical after the change but in no event more than thirty days later. The failure to keep the clerk informed of a current address could result in the dismissal of this action for failure to prosecute or failure to follow a court order. The CLERK is also DIRECTED to docket a copy of this Order in Causes, 1:18 CV 363 and 1:18 CV 365.

SO ORDERED. This 18th day of June, 2019.

                                                              s/ William C. Lee
                                                              United States District Court